UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**LORA SZYMIALIS, on her own
behalf and others similarly situated**

    **Plaintiff,**

**V.**                                           **Case No: 2:11-CV-672-FtM-29DNF**

**COSSU & LUKASIEWICZ, P.A.,
JOHN L. COSSU and CYNTHIA
LUKASIEWICZ**

    **Defendants.**

_____/

## ORDER

This matter comes before the Court on Defendants' Unopposed Motion to Allow Defendant Dr. John L. Cossu to Represent Defendant Dr. Cyunthia Lukasiewicz at Settlement Conference (Doc. #34) filed on June 28, 2012. On June 20, 2012, this Court issued a Settlement Conference Order, which required, unless excused by Order of the Court, the attendance of clients or client representatives with complete authority to negotiate and consummate a settlement. (Doc. #33). Based on that Order, the Defendants filed this Motion seeking that the Defendant, Dr. Lukasiewicz, be excused from the Settlement Conference.

The Court finds good cause to grant the Defendants' Motion if all the terms specified within the Motion are followed. Specifically, the Defendant, Dr. Cossu, must be present at the Settlement Conference with full and complete authority to negotiate and consummate a settlement on behalf of Dr. Lukasiewicz and on behalf of Cossu & Lukasiewicz, P.A. Furthermore, Dr. Lukasiewicz must be available by telephone to answer any questions the Court or Plaintiff may have during the Settlement Conference.

Accordingly, it is now

**ORDERED:**

Defendants' Unopposed Motion to Allow Defendant John L. Cossu Represent Defendant Cyunthia Lukasiewicz at Settlement Conference (Doc. #34) is **GRANTED**.

1. The Defendant John L. Cossu must be present at the Settlement Conference with full and complete authority to negotiate and consummate a settlement on behalf of Defendant Cyunthia Lukasiewicz and on behalf of Cossu & Lukasiewicz, P.A.

2. The Defendant Cyunthia Lukasiewicz must be available by telephone to answer any questions the Court or Plaintiff may have during the Settlement Conference.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record