UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**LORA SZYMIALIS, on her own
behalf and others similarly situated**

   **Plaintiff,**

V.             **Case No: 2:11-CV-672-FtM-29DNF**

**COSSU & LUKASIEWICZ, P.A.,
JOHN L. COSSU and CYNTHIA
LUKASIEWICZ,**

   **Defendants.**

_____/

# ORDER

  This matter comes before the Court on the Defendants, Cossu & Lukasiewicz, PA., John L. Cossu and Cynthia Lukasiewicz's Motion to Bring Two Cellular Phones to the United States Courthouse for Settlement Proceedings (Doc. #36) filed on July 6, 2012. The Defendants move the Court to bring two cell phones into the United States Courthouse for the settlement conference scheduled for Wednesday, July 11, 2012.

  Pursuant to M.D. Fla. Local Rule 4.11(b), individuals are not allowed to bring cellular phones into a United States Courthouse, in this District, "unless otherwise permitted by the judicial officer before whom the particular case or proceeding is pending." In this instance, the Court allowed one of the Defendants, Cynthia Lukasiewicz, M.D., to participate via telephone (Doc. # 35). Since Dr. Lukasiewicz will need to communicate with counsel during the settlement conference, the Court finds good cause to allow the Defendants' Counsel to bring in one cellular telephone.

Accordingly, it is now

**ORDERED:**

The Defendants, Cossu & Lukasiewicz, PA., John L. Cossu and Cynthia Lukasiewicz's Motion to Bring Two Cellular Phones to the United States Courthouse for Settlement Proceedings (Doc. #36) is **GRANTED** to the extent that the Defendants may bring one cell phone inside the federal courthouse for the settlement conference on Wednesday, July 11, 2012.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record